**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* BILL LOCKYER, et al., <br><br>       Plaintiffs, <br><br>  v. <br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, Secretary of the Department of Agriculture, et al., <br><br>       Defendant(s). <br>_____/ <br><br>THE WILDERNESS SOCIETY, CALIFORNIA WILDERNESS COALITION, et al., <br><br>       Plaintiffs, <br><br>  v. <br><br>UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture; DALE BOSWORTH, Chief of the United States Forest Service, et al., <br><br>       Defendants. <br>_____/ | No. C05-03508 EDL   related to <br><br><br><br><br><br><br><br><br><br><br>No. C05-04038 EDL <br><br>**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY** |

On December 21, 2005, Plaintiff's and Defendants' out-of-state counsel filed a request to appear telephonically at the initial case management conference set for January 10, 2006 at 10:00 a.m. Good cause

appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution. The Court disfavors telephonic appearances because the technology prevents the Court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length. Accordingly, parties appearing telephonically shall only speak in response to a direct question from the Court and shall pause at regular intervals to allow the Court to comment on the information presented. If the Court wishes a rebuttal from the opposing party, the Court shall inform the party from whom information is requested. No party shall attempt to present information without a request from the Court. If the parties cannot follow the rules set forth in this order, or at the first sign of improper decorum, the telephonic appearance will be terminated and a new hearing date will be set for personal appearances.

Counsel shall stand by beginning at the date and time above until called by the Court. No later than January 6, 2006, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

**IT IS SO ORDERED.**

Dated: December 22, 2005

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge