UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* BILL LOCKYER, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, Secretary of the Department of Agriculture, et al.,<br><br>        Defendants.<br>_____/<br><br>THE WILDERNESS SOCIETY, CALIFORNIA WILDERNESS COALITION, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture; DALE BOSWORTH, Chief of the United States Forest Service, et al.,<br><br>        Defendants.<br>_____/ | No. C05-03508 EDL   related to<br><br><br><br><br><br><br><br><br><br><br><br>No. C05-04038 EDL<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

The Court conducted a case management conference on January 10, 2006. After discussions with counsel and consideration thereof, the Court orders the following:

1) Pursuant to the stipulation of the parties and the Court's concurrence, these matters will not be referred to the Court's ADR Program.

2) Administrative record shall be filed no later than January 17, 2006. An index shall be provided to counsel and the Court.

3) Plaintiffs' opening briefs for summary judgment, not to exceed 40 pages each, shall be served and filed no later than February 24, 2006.

4) Amicus briefs in support of plaintiffs, not to exceed 15 pages, shall be submitted no later than February 24, 2006.

5) Federal defendants' combined opposition and cross-motion for summary judgment, not to exceed 65 pages, shall be served and filed no later than April 7, 2006.

6) Amicus briefs in support of defendants, not to exceed 15 pages, shall be submitted no later than April 7, 2006.

7) Plaintiffs' separate opposition briefs and combined reply memorandum, not to exceed 30 pages each, shall be served and filed no later than May 5, 2006.

8) Defendants' combined reply brief, not to exceed 30 pages, shall be served and filed no later than June 2, 2006.

9) The hearing on the parties' cross-motions for summary judgment is scheduled for July 25, 2006 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

IT IS SO ORDERED.

Date: January 18, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge