KRISTEN L. BOYLES (CSB #158450)        THE HONORABLE ELIZABETH D. LAPORTE
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org

*Attorney for Plaintiffs*
*The Wilderness Society, et al.*

CLAUDIA POLSKY (CSB #185505)
Deputy Attorney General
State of California Department of Justice
1515 Clay Street
P.O. Box 70550
Oakland, CA  94612-1413
(510) 622-2112
(510) 622-2270 *[FAX]*
claudia.polsky@doj.ca.gov

*Attorney for Plaintiffs People of the State of*
*California, et al.*

*(additional counsel listed at signature block)*

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO CONSOLIDATE
Case Nos. 05-03508-EDL and 05-04038-EDL   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 05-03508-EDL related to |
| THE WILDERNESS SOCIETY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. 05-04038-EDL <br><br> [~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE |

This matter comes before the Court on an unopposed motion to consolidate pursuant to Fed. R. Civ. P. 42(a). To prevent duplication of effort and the potential for confusion on the respective dockets, the Court GRANTS the motion to consolidate <u>People of the State of California et al. v. United States Dep't of Agriculture</u>, No. 05-03508-EDL and <u>The Wilderness Society et al. v. United States Forest Service</u>, No. 05-04038-EDL.

IT IS SO ORDERED.

DATED this __20__ day of __March__, 2006.

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO CONSOLIDATE
Case Nos. 05-03508-EDL and 05-04038-EDL   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Presented by:


/s/  Kristen L. Boyles
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org

TIMOTHY J. PRESO (MSB #5255)
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699
(406) 586-9695 *[FAX]*
tpreso@earthjustice.org

THOMAS S. WALDO (ASB #9007047)
Earthjustice
325 Fourth Street
Juneau, AK  99801-1145
(907) 586-2751
(907) 463-5891*[FAX]*
twaldo@earthjustice.org

*Attorneys for Plaintiffs The Wilderness Society, California Wilderness Coalition, Forests Forever Foundation, Northcoast Environmental Center, Oregon Natural Resources Council Fund, Sitka Conservation Society, Siskiyou Regional Education Project, Biodiversity Conservation Alliance, Sierra Club, National Audubon Society, Greater Yellowstone Coalition, Center for Biological Diversity, Environmental Protection Information Center, Klamath-Siskiyou Wildlands Center, Defenders of Wildlife, Pacific Rivers Council, Idaho Conservation League, Humane Society of the United States, Conservation NW, and Greenpeace*

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO CONSOLIDATE
Case Nos. 05-03508-EDL and 05-04038-EDL   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  GREGORY C. LOARIE (CSB #215859)
   Earthjustice
2  426 Seventeenth Street, 5th Floor
   Oakland, CA  94612
3  (510) 550-6725
   (510) 550-6749 *[FAX]*
4  gloarie@earthjustice.org

5  *Local Counsel for Plaintiffs*

6

7  BILL LOCKYER, Attorney General
   THEODORA BERGER
8  Assistant Attorney General
   KEN ALEX
9  Supervising Deputy Attorney General

10

11  /s/  Kristen L. Boyles, for *
    CLAUDIA POLSKY (CSB #185505)
12  Deputy Attorney General
    State of California Department of Justice
13  1515 Clay Street
    P.O. Box 70550
14  Oakland, CA  94612-1413
15  (510) 622-2112
    (510) 622-2270 *[FAX]*
16  claudia.polsky@doj.ca.gov

17
    *Attorneys for Plaintiffs People of the State of*
18  *California*

19
    * per e-mail authorization
20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER GRANTING UNOPPOSED
    MOTION TO CONSOLIDATE
    Case Nos. 05-03508-EDL and 05-04038-EDL   - 4 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

HARDY MYERS, Attorney General
   of the State of Oregon


/s/  Kristen L. Boyles, for *
DAVID E. LEITH (OR Bar. No. 93341)
Assistant Attorney General
1162 Court Street NE
Salem, OR 97301-4096
Phone: (503) 378-6313
Fax: (503) 378-3465
david.leith@doj.state.or.us

*Attorneys for STATE OF OREGON,
by and through GOVERNOR THEODORE KULONGOSKI*


PATRICIA A. MADRID, Attorney General
   of the State of New Mexico


/s/  Kristen L. Boyles, for *
STEPHEN R. FARRIS (NM Bar No. 6234)
Assistant Attorney General
Director, Water, Environment and Utilities Division
New Mexico Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM  87504
Phone: (505) 827-6939
Fax: (505) 827-4440
sfarris@ago.state.nm.us

*Attorneys for STATE OF NEW MEXICO,
ex rel. PATRICIA A. MADRID, ATTORNEY GENERAL*


* per e-mail authorization

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO CONSOLIDATE
Case Nos. 05-03508-EDL and 05-04038-EDL   - 5 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*