**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF
CALIFORNIA *ex rel.* BILL LOCKYER,
et al.,

      Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
AGRICULTURE; MIKE JOHANNS,
Secretary of the Department of Agriculture,
et al.,

      Defendant(s).
_____/

THE WILDERNESS SOCIETY, CALIFORNIA
WILDERNESS COALITION, et al.,

      Plaintiffs,

   v.

UNITED STATES FOREST SERVICE, an agency
of the United States Department of Agriculture;
DALE BOSWORTH, Chief of the United States
Forest Service, et al.,

      Defendants.
_____/

No. C05-03508 EDL consolidated with

No. C05-04038 EDL

**ORDER GRANTING APPLICATION
TO APPEAR TELEPHONICALLY**

    On March 21, 2006, Plaintiff's counsel Timothy Preso and Jas Adams filed a request to appear telephonically at the motion hearing set for March 28, 2006 at 9:00 a.m. Intervenor-

Applicants do not oppose the request to appear by telephone.  Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution.  The Court disfavors telephonic appearances because the technology prevents the Court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length.  Accordingly, parties appearing telephonically shall only speak in response to a direct question from the Court and shall pause at regular intervals to allow the Court to comment on the information presented.  If the Court wishes a rebuttal from the opposing party, the Court shall inform the party from whom information is requested.  No party shall attempt to present information without a request from the Court.  If the parties cannot follow the rules set forth in this order, or at the first sign of improper decorum, the telephonic appearance will be terminated and a new hearing date will be set for personal appearances.

Counsel shall stand by beginning at the date and time above until called by the Court.  No later than March 24, 2006, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

**IT IS SO ORDERED.**

Dated: March 21, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

2