1
2
3                              IN THE U.S. DISTRICT COURT
4                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6  PEOPLE OF THE STATE OF CALIFORNIA, et al.,   )   Case No. 05-03508-EDL
                                                )   consolidated with
                                      Plaintiffs,   )
7                                               )
           v.                                   )
8                                               )
   UNITED STATES DEPARTMENT OF                  )
9          AGRICULTURE, et al.                  )
                                                )
10                                    Defendants.   )
   THE WILDERNESS SOCIETY, et al.,              )
11                                              )   Case No. 05-04038-EDL
                                  Plaintiffs,   )
12                                              )   [Proposed] **ORDER GRANTING**
            v.                                  )   **APPLICATION TO**
13                                              )   **APPEAR TELEPHONICALLY**
   UNITED STATES FOREST SERVICE, et al.,        )
14                                              )
                                   Defendants   )
15 _____)

16     On March 22, 2006, Federal Defendants' counsel, Barclay Samford filed a request to appear
17 telephonically at the motion hearing set for March 28, 2006 at 9:00 a.m.  This request is unopposed.
18 Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the
19 following caution.  The Court disfavors telephonic appearances because the technology prevents the
20 Court from addressing a question to the parties or making a comment or ruling whenever any
21 participant speaks at length.  Accordingly, parties appearing telephonically shall only speak in
22 response to a direct question from the Court and shall phase at regular intervals to allow the Court
23 to comment on the information presented.  Of the Court wishes a rebuttal from the opposing party,
24 The Court shall inform the party from whom information is requested.  No party shall attempt to
25 present information without a request from the Court.  If the parties cannot follow the rules set forth
26 in this order, or at the first sign of improper decorum, the telephonic appearance will be terminated
27 and a new hearing date will be set for personal appearances.
28

05-03508-EDL [Proposed Order] Request to Appear Telephonically

1   Counsel shall stand by beginning at the date and time above until called by the Court.  No
2 later than march 24, 2006, the parties shall call the Court's courtroom deputy at 415-522-3694 to
3 provide the Court with a direct dial number to call for this appearance.
4 IT IS SO ORDERED.
5 Dated: ___March 22, 2006___            _____



ELIZABETH D. LAPORTE
United States Magistrate Judge