KRISTEN L. BOYLES (CSB #158450)    THE HONORABLE ELIZABETH D. LAPORTE
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org

*Attorney for Plaintiffs*
*The Wilderness Society, et al.*

CLAUDIA POLSKY (CSB #185505)
Deputy Attorney General
State of California Department of Justice
1515 Clay Street
P.O. Box 70550
Oakland, CA 94612-1413
(510) 622-2112
(510) 622-2270 *[FAX]*
claudia.polsky@doj.ca.gov

*Attorney for Plaintiffs People of the State of*
*California, et al.*

*(additional counsel listed at signature block)*

[PROPOSED] ORDER GRANTING LEAVE TO FILE SURREPLY
Case Nos. 05-03508-EDL and 05-04038-EDL   - 1 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | Case No. 05-03508-EDL consolidated with |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | |
| Defendants. | |
| THE WILDERNESS SOCIETY, et al., | Case No. 05-04038-EDL |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER GRANTING LEAVE TO FILE SURREPLY |
| UNITED STATES FOREST SERVICE, et al., | |
| Defendants. | |

This matter comes before the Court on plaintiffs' motion for leave to submit a surreply brief regarding a motion by the California Association of 4 Wheel Drive Clubs et al. to intervene in these cases. Upon consideration of the motion, the proposed surreply, and all other documents filed in these actions, the Court hereby:

GRANTS plaintiffs' motion for leave to submit a surreply brief; and

ORDERS the clerk to file the lodged surreply (Exhibit A to Plaintiffs' Motion for Leave to File a Surreply).

IT IS SO ORDERED.

DATED at San Francisco, California this  24  day of  March , 2006.

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] ORDER GRANTING LEAVE TO FILE SURREPLY
Case Nos. 05-03508-EDL and 05-04038-EDL   - 2 -

Earthjustice
705 Second Ave., Suite 203
Seattle, WA 98104
(206) 343-7340

Presented by:

/s/  Kristen L. Boyles
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org

TIMOTHY J. PRESO (MSB #5255)
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699
(406) 586-9695 *[FAX]*
tpreso@earthjustice.org

THOMAS S. WALDO (ASB #9007047)
Earthjustice
325 Fourth Street
Juneau, AK  99801-1145
(907) 586-2751
(907) 463-5891*[FAX]*
twaldo@earthjustice.org

*Attorneys for Plaintiffs The Wilderness Society, et al.*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs The Wilderness Society, et al.*

[PROPOSED] ORDER GRANTING LEAVE TO FILE SURREPLY
Case Nos. 05-03508-EDL and 05-04038-EDL   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

BILL LOCKYER, Attorney General
THEODORA BERGER
Assistant Attorney General
KEN ALEX
Supervising Deputy Attorney General


/s/  Kristen L. Boyles, for *
CLAUDIA POLSKY (CSB #185505)
Deputy Attorney General
State of California Department of Justice
1515 Clay Street
P.O. Box 70550
Oakland, CA  94612-1413
(510) 622-2112
(510) 622-2270 *[FAX]*
claudia.polsky@doj.ca.gov

*Attorneys for Plaintiffs People of the State of California*


HARDY MYERS, Attorney General
   of the State of Oregon


/s/  Kristen L. Boyles, for *
DAVID E. LEITH (OR Bar. No. 93341)
Assistant Attorney General
1162 Court Street NE
Salem, OR 97301-4096
(503) 378-6313
(503) 378-3465 *[FAX]*
David.Leith@doj.state.or.us

*Attorneys for State of Oregon,
by and through Governor Theodore Kulongoski*


* per e-mail authorization

[PROPOSED] ORDER GRANTING LEAVE TO FILE SURREPLY
Case Nos. 05-03508-EDL and 05-04038-EDL   - 4 -

*Earthjustice
705 Second Ave., Suite 203
Seattle, WA  98104
(206) 343-7340*