```
 1  Dennis M. Wilson CSB No. 043877
    Wilson Law Firm, a Professional Corporation
 2  7801 Folsom Blvd., Suite 105
    Sacramento, California 95826
 3  Phone: (916) 381-8400
    Facsimile: (916) 381-8129
 4  e-mail: denniswilson@covad.net

 5  Scott W. Horngren, Pro Hac Vice
    Haglund Kelley Horngren Jones & Wilder LLP
 6  101 SW Main, Suite 1800
    Portland, OR 97204
 7  Phone: (503) 225-0777
    Facsimile: (503) 225-1257
 8  e-mail: shorngren@hk-law.com

 9  Attorneys for Proposed Amici Curiae
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* BILL LOCKYER, ATTORNEY GENERAL; STATE OF NEW MEXICO *ex rel.* PATRICIA A. MADRID, ATTORNEY GENERAL; STATE OF OREGON, by and through THEODORE KULONGOSKI; GOVERNOR; STATE OF WASHINGTON, by and through CHRISTINE O. GREGOIRE, GOVERNOR,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, Secretary of the Department of Agriculture; MARK REY, Under Secretary for Natural Resources and Environment of the Department of Agriculture; UNITED STATES FOREST SERVICE; DALE BOSWORTH, Chief of the United States Forest Service,<br><br>    Defendants,<br><br>and | Civil No.05-03508-EDL<br><br>[~~PROPOSED~~] ORDER GRANTING AFRC et al.'s UNOPPOSED MOTION TO PARTICIPATE AS AMICI CURIAE |

```
 1  AMERICAN FOREST RESOURCE        )
    COUNCIL, AMERICAN FOREST & PAPER)
 2  ASSOCIATION, INTERMOUNTAIN      )
    FOREST ASSOCIATION, ASSOCIATION )
 3  OF OREGON LOGGERS, WASHINGTON   )
    CONTRACT LOGGERS, BLACK HILLS   )
 4  FOREST RESOURCE ASSOCIATION,    )
    WYOMING TIMBER INDUSTRY         )
 5  ASSOCIATION, COLORADO TIMBER    )
    INDUSTRY ASSOCIATION, BLACK HILLS)
 6  REGIONAL MULTIPLE USE COALITION,)
    CALIFORNIA FORESTRY ASSOCIATION,)
 7  MONTANA WOOD PRODUCTS           )
    ASSOCIATION, MONTANA LOGGERS    )
 8  ASSOCIATION, and DOUGLAS TIMBER )
    OPERATORS,                      )
 9                                  )
              Proposed Amici Curiae. )
10
```

The Court having considered American Forest Resource Council, et al.,'s unopposed motion to participate as amici curiae hereby **GRANTS** the motion.

IT IS SO ORDERED.

DATED this 28 __ of ~~April~~ March, 2006.

_____
U.S. District Court Judge
ELIZABETH D. LAPORTE
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte]