Colleen J. Moore
Department of Law
Office of the Attorney General
1031 West Fourth Ave. Ste. 200
Anchorage, AK 99501
907-269-5100
colleen_moore@law.state.ak.us

John Burritt McArthur (CA 159793)
Hosie McArthur LLP
One Market, Spear Tower, 22nd Floor
San Francisco, CA 94105
415-247-6000
jmcarthur@hosielaw.com
Attorneys for Amicus Curiae State of Alaska

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* BILL LOCKYER, ATTORNEY GENERAL; STATE OF NEW MEXICO *ex rel.* PATRICIA A. MADRID, ATTORNEY GENERAL; STATE OF OREGON, by and through THEODORE KULONGOSKI, GOVERNOR; STATE OF WASHINGTON, by and through CHRISTINE GREGORIE, GOVERNOR<br>　　　　　　　　　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, Secretary of the Department of Agriculture; MARK REY, Under Secretary for Natural Resources and Environment of the Department of Agriculture; UNITED STATES FOREST SERVICE; DALE BOSWORTH, Chief of the United States Forest Service,<br>　　　　　　　　　　　　Defendants. | Case No. 05-03508 EDL<br>Consolidated with |
| THE WILDERNESS SOCIETY, *et al.*,<br>　　　　　　　　　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br>　　　　　　　　　　　　Defendants. | Case No. 05-04038-EDL<br><br>**Order Granting Application of Colleen J. Moore to Appear Pro Hac Vice** |

ORDER GRANTING APPLICATION
OF COLLEEN J. MOORE TO APPEAR *PRO HAC VICE*
No. 05-03508-EDL                              1 of 2

1  The Court having reviewed the application of Colleen J. Moore to Appear *Pro Hac Vice*

2 hereby **GRANTS** the application.

3  IT IS SO ORDERED.

5  DATED this __10__ of April, 2006.



6
7  _____
   Elizabeth D. Laporte
   United States Magistrate Judge

28 ORDER GRANTING APPLICATION
OF COLLEEN J. MOORE TO APPEAR *PRO HAC VICE*
No. 05-03508-EDL                    2 of 2