Colleen J. Moore *pro hac vice* (app. pending)
State of Alaska Office of the Attorney General
1031 West Fourth Ave. Ste. 200
Anchorage, AK 99501
907-269-5100
colleen_moore@law.state.ak.us

John Burritt McArthur (CA 159793)
Hosie McArthur LLP
One Market, Spear Tower, 22nd Floor
San Francisco, CA 94105
415-247-6000
jmcarthur@hosielaw.com
Attorneys for Amicus Curiae State of Alaska

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* BILL LOCKYER, ATTORNEY GENERAL; STATE OF NEW MEXICO *ex rel.* PATRICIA A. MADRID, ATTORNEY GENERAL; STATE OF OREGON, by and through THEODORE KULONGOSKI, GOVERNOR; STATE OF WASHINGTON, by and through CHRISTINE GREGORIE, GOVERNOR<br>　　　　　　　　　　　　　　　Plaintiffs,<br>　v.<br>UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, Secretary of the Department of Agriculture; MARK REY, Under Secretary for Natural Resources and Environment of the Department of Agriculture; UNITED STATES FOREST SERVICE; DALE BOSWORTH, Chief of the United States Forest Service,<br>　　　　　　　　　　　　　　　Defendants. | Case No. 05-03508 EDL<br>Consolidated with |
| THE WILDERNESS SOCIETY, *et al.*,<br>　　　　　　　　　　　　　　　Plaintiffs,<br>　v.<br>UNITED STATES FOREST SERVICE, *et al.,*<br>　　　　　　　　　　　　　　　Defendants. | Case No. 05-04038-EDL<br>**Order Granting State of Alaska's Motion to Participate as Amicus Curiae** |

ORDER GRANTING STATE OF ALASKA'S
MOTION TO PARTICIPATE AS AMICUS CURIAE
Case No. 05-03508-EDL

1  The Court, having reviewed the State of Alaska's Motion to Participate as Amicus Curiae,
2  hereby **GRANTS** the application. The Brief of Amicus Curiae State of Alaska in Support of
3  Defendants, attached to its Motion to Participate as Exhibit A, is hereby accepted for filing.
4  IT IS SO ORDERED.
5
6  DATED this 10 of April, 2006.
7
8  Elizabeth D. Laporte
   United States Magistrate Judge

IT IS SO ORDERED.
Judge Elizabeth D. Laporte

ORDER GRANTING STATE OF ALASKA'S
MOTION TO PARTICIPATE AS AMICUS CURIAE
Case No. 05-03508-EDL