1  Dennis M. Wilson CSB No. 043877
   Wilson Law Firm, a Professional Corporation
2  7801 Folsom Blvd., Suite 105
   Sacramento, California 95826
3  Phone: (916) 381-8400
   Facsimile: (916) 381-8129
4  e-mail: denniswilson@covad.net

5  Scott W. Horngren, Pro Hac Vice
   Haglund Kelley Horngren Jones & Wilder LLP
6  101 SW Main, Suite 1800
   Portland, OR 97204
7  Phone: (503) 225-0777
   Facsimile: (503) 225-1257
8  e-mail: shorngren@hk-law.com

9  Attorneys for Proposed Defendant-Intervenor

10
11                    UNITED STATES DISTRICT COURT
12               FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  **PEOPLE OF THE STATE OF CALIFORNIA** *ex rel.* **BILL LOCKYER, ATTORNEY GENERAL; STATE OF NEW MEXICO** *ex rel.* **PATRICIA A. MADRID, ATTORNEY GENERAL; STATE OF OREGON, by and through THEODORE KULONGOSKI; GOVERNOR; STATE OF WASHINGTON, by and through CHRISTINE O. GREGOIRE, GOVERNOR,** | Civil No. 05-03508-EDL<br>Civil No. 05-04038-EDL<br>(Consolidated)<br><br>**[~~PROPOSED~~] ORDER GRANTING MOTION TO INTERVENE** |
| Plaintiffs, | |
| v. | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS,** Secretary of the Department of Agriculture; **MARK REY,** Under Secretary for Natural Resources and Environment of the Department of Agriculture; **UNITED STATES FOREST SERVICE; DALE BOSWORTH,** Chief of the United States Forest Service, | |
| Defendants, | |
| and | |
| **SILVER CREEK TIMBER CO., INC.,** | |
| Proposed Defendant-Intervenor. | |

F:\SWH\j13694.wpd

1
2    The Court having considered the pleadings related to Silver Creek Timber Co.'s motion to
3    intervene, hereby **GRANTS** proposed defendant-intervenor's motion to intervene.
4    IT IS SO ORDERED.
5    DATED this 28th day of June, 2006.

_____
U.S. District Magistrate Judge
Elizabeth D. Laporte

Page 1 -  ~~PROPOSED~~ **ORDER GRANTING MOTION TO INTERVENE**
         No. 05-03508 EDL

F:\SWH\j13694.wpd