IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATES OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>    Defendants. | No. C 05-03508 JSW<br><br>**ORDER SETTING HEARING ON PLAINTIFFS' REQUEST FOR A TEMPORARY RESTRAINING ORDER** |

    This matter comes before the Court upon consideration of the Plaintiffs' request for a temporary restraining order ("TRO"). The Court ORDERS that this matter shall be set for a hearing on Friday, July 7, 2006, at 9:00 a.m.

    Plaintiffs seek a TRO to enjoin Defendants and Defendant-Intervenor from logging or allowing any logging in the inventoried roadless area that is part of the Mike's Gulch timber sale in southern Oregon pending the resolution of a pending motion for preliminary injunction. Magistrate Judge Elizabeth D. Laporte is the judge assigned to this matter. The request for a temporary restraining order has come before the undersigned as General Duty Judge while Judge Laporte is unavailable. Judge Laporte will be available on July 20, 2006. Thus, the only issue before the undersigned is whether to issue a narrow TRO to preserve the status quo until Judge Laporte is available to adjudicate the merits of the pending motions. The parties should be prepared to address at the hearing on the TRO what exigencies exist warranting the grant or denial of a TRO until July 21, 2006 to preserve the status quo.

The parties may appear telephonically for the hearing regarding the TRO. Counsel shall call Jennifer Ottolini, the Court's Deputy Clerk at (415) 552-4173, by 8:00 a.m. on July 7, 2006, to designate one non-cellular telephone number at which all counsel may be reached. Counsel shall be available at that number on July 7, 2006, from 9:00 a.m. until the case is called.

**IT IS SO ORDERED.**

Dated: July 6, 2006

JEFFREY S. WHITE
General Duty Judge
UNITED STATES DISTRICT JUDGE