UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF
CALIFORNIA *ex rel.* BILL LOCKYER,
et al.,

      Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
AGRICULTURE; MIKE JOHANNS,
Secretary of the Department of Agriculture,
et al.,

      Defendant(s).
_____/

THE WILDERNESS SOCIETY, CALIFORNIA
WILDERNESS COALITION, et al.,

      Plaintiffs,

  v.

UNITED STATES FOREST SERVICE, an agency
of the United States Department of Agriculture;
DALE BOSWORTH, Chief of the United States
Forest Service, et al.,

      Defendants.
_____/

No. C05-03508 EDL   consolidated with

No. C05-04038 EDL

**ORDER REQUESTING FURTHER BRIEFING AND INFORMATION FOLLOWING AUGUST 1, 2006 HEARING**

    The Court held a hearing on the parties' cross-motions for summary judgment on August 1, 2006. The parties shall file the following further briefing or information no later than August 18, 2006:

1. A list, preferably by stipulation of the parties, of inventoried roadless areas that cross state boundaries with supporting evidence (e.g., judicially noticeable material). In the unlikely event that the parties cannot reach a stipulation, the parties may file separate memoranda containing their competing views with citations.

2. A list, preferably by stipulation, of which states have filed, or announced that they do or do not intend to file, petitions under the State Petitions Rule with supporting evidence (e.g., judicially noticeable material). Please include what protection the petitioning states seek or intend to seek for inventoried roadless areas in that state. In the unlikely event that the parties cannot reach a stipulation, the parties may file separate memoranda containing their competing views with citations.

3. A list, preferably by stipulation, of approvals or disapprovals by the Forest Service Chief of any projects in inventoried roadless areas under interim directives, and of any projects that were approved or disapproved during lapses in the interim directives, with supporting evidence (e.g., judicially noticeable material). In the unlikely event that the parties cannot reach a stipulation, the parties may file separate memoranda containing their competing views with citations.

4. A list, preferably by stipulation, of agency actions as to which the Forest Service has invoked the categorical exclusion relied on in this case. See Defs.' Ex. 11 (Forest Service Handbook) at § 30.12(2). In the unlikely event that the parties cannot reach a stipulation, the parties may file separate memoranda containing their competing views with citations.

5. Briefing as to whether NEPA analysis or an ESA consultation has been performed voluntarily or ordered by courts when an agency repealed a rule that had gone through NEPA and/or ESA analysis and contained substantive environmental protections, but did not replace the previous rule with a new rule. Briefs from the parties may not exceed ten pages. Briefs, if any, from amici may be not exceed five pages.

**IT IS SO ORDERED.**

Dated: August 7, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge