**United States District Court**

For the Northern District of California

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9

PEOPLE OF THE STATE OF
10   CALIFORNIA *ex rel.* BILL LOCKYER,
     et al.,
11
              Plaintiffs,                          No. C05-03508  EDL   consolidated with
12
           v.
13
UNITED STATES DEPARTMENT OF
14   AGRICULTURE; MIKE JOHANNS,
     Secretary of the Department of Agriculture,
15   et al.,

16            Defendant(s).
     _____/
17
THE WILDERNESS SOCIETY, CALIFORNIA
18   WILDERNESS COALITION, et al.,
                                                   No. C05-04038 EDL
19            Plaintiffs,
                                                   **ORDER GRANTING MOTION FOR
20                                                 LEAVE TO FILE AMICUS CURIAE
                                                   BRIEF**
21         v.

22
UNITED STATES FOREST SERVICE, an agency
23   of the United States Department of Agriculture;
     DALE BOSWORTH, Chief of the United States
24   Forest Service, et al.,

25            Defendants.
     _____/
26
            On August 18, 2006, Governor James E. Risch of Idaho moved for leave to file an amicus curiae
27
brief in support of federal Defendants.  Plaintiffs oppose this motion to the extent that the proposed brief

28

1   contains legal argument rather than strictly factual allegations and that the deadline for filing amicus

2   curiae briefs has passed.

3        Plaintiffs' objections are overruled.  The proposed brief contains a largely factual update on the

4   petition process in Idaho, which was not addressed in any parties' brief, with only a short legal argument

5   agreeing with Defendants' position and not adding any new argument or authority.  Therefore, there is

6   no prejudice in allowing this late-filed brief, and as far as the Court can tell, no response by Plaintiffs

7   is necessary.

8        Good cause appearing, the motion for leave to file amicus curiae brief is granted.

9   **IT IS SO ORDERED.**

10  Dated: August 21, 2006                    _Elijah D. Laporte_

                                            ELIZABETH D. LAPORTE
11                                          United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2