UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF
CALIFORNIA *ex rel.* BILL LOCKYER,
et al.,

        Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
AGRICULTURE; MIKE JOHANNS,
Secretary of the Department of Agriculture,
et al.,

        Defendant(s).
_____/

THE WILDERNESS SOCIETY, CALIFORNIA
WILDERNESS COALITION, et al.,

        Plaintiffs,

  v.

UNITED STATES FOREST SERVICE, an agency
of the United States Department of Agriculture;
DALE BOSWORTH, Chief of the United States
Forest Service, et al.,

        Defendants.
_____/

No. C05-03508 EDL   related to

No. C05-04038 EDL

**ORDER GRANTING AS MODIFIED STIPULATION FOR FURTHER BRIEFING**

        The Court has received the parties' stipulation setting schedule for further briefing on the applicability of the Court's injunction to projects approved prior to the Court's September 20, 2006 Opinion and Order. The Court adopts the stipulation as modified because November 10, 2006 is a court holiday:

1. Plaintiff's proposed final injunction and brief in support thereof shall be filed no later than October 18, 2006.

2. Defendants shall file a response no later than November 1, 2006.

3. Plaintiffs shall file a reply no later than November 6, 2006.

4. Defendants may file a surreply no later than November 9, 2006.

5. If Defendant-Intervenors California Association of 4-Wheel Drive Clubs, et al., and Silver Creek Timber Co. wish to submit briefing, they shall do so on the schedule set forth above for Defendants.

6. The Court will notify the parties if a hearing is necessary.

**IT IS SO ORDERED.**

Dated: October 10, 2006

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge