KEVIN V. RYAN (SBN 118321)
United States Attorney
JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
Environment & Natural Resources Unit
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:   (415) 436-6967
Facsimile:   (415) 436-6748

RYAN NELSON
Acting Assistant Attorney General

BARCLAY T. SAMFORD (NM SBN 12323)
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone:   (303) 844-1475
Facsimile:   (303) 844-1350
Clay.Samford@usdoj.gov

BEVERLY F. LI (WABN 33267)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 353-9213
Facsimile: (202) 305-0274

JIMMY A. RODRIGUEZ (TX BN 24037378)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0342
Facsimile: (202) 305-0275

IN THE U.S. DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al. <br><br> Defendants. <br> THE WILDERNESS SOCIETY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants | Case No. 05-03508-EDL <br> Consolidated with <br><br><br><br><br><br><br><br> Case No. 05-04038-EDL <br><br><br><br> **MOTION TO ENTER JUDGMENT** |

     Defendants hereby move the Court pursuant to Rule 58(d) of the Federal Rules of Civil Procedure to enter judgment in the above captioned matter. Counsel for Defendants have conferred with Counsel for Plaintiffs, who advise that they do not oppose entry of judgment so long as the Court resolves their pending motion to clarify [Docket No. 228] before entering judgment.

     Rule 58(a)(1) provides that "[e]very judgment and amended judgment must be set forth on a separate document." Entry of separate judgment under Rule 58(a) makes clear the deadlines for appeal, and thus helps avoid "horridly confused problems under Appellate Rule 4(a)." See Fed. R. Civ. P. Rule 58 (notes to 2002 amendments). When separate judgment has not been entered, Rule 58(d) provides that a party may request entry of judgment.

     In this case, Defendants submit that all issues raised by the parties have been resolved by this Court and entry of judgment is appropriate. On September 20, 2006 the Court entered an

---

Motion to Enter Judgment
Case Nos. 05-3508-EDL and 05-04038-EDL    Page 1

1  Opinion and Order on the Parties' Cross-Motions for Summary Judgment. [Docket No. 189].[1]/
2  The Court's Opinion and Order on Summary Judgment resolved questions regarding the validity
3  of the State Petitions Rule, and directed the parties to confer and submit, either jointly or
4  separately, proposed language as to injunctive relief. Id. at 53. On September 22, 2006,
5  Plaintiffs sought emergency clarification of the Court's order [Docket No. 194], and on October
6  3, 2006, the Court entered an Order on Plaintiffs' Motion to Clarify, indicating that its injunction
7  did not extend to two specific projects identified by Plaintiffs, and directing the parties to submit
8  additional briefing addressing whether other project decisions made prior to the Court's
9  summary judgment ruling should be enjoined. [Docket No. 204]. On November 29, 2006, after
10 considering the additional briefing from the parties, the Court issued an Order Granting
11 Injunctive Relief. [Docket No. 223]. The Court's November 29, 2006 Order directed the parties
12 to meet and confer and to advise the Court by joint submission if further proceedings were
13 necessary with respect to certain portions of the injunction. Id. at 10, 12. The parties so advised
14 the Court [Docket No. 226], and on December 28, 2006 [Docket No. 227], the Court issued a
15 "Further Order Regarding Injunctive Relief."[2]/ The Court's December 28, 2006 Order seeks no
16 further briefing from the parties. To date, the Court has not issued a separate judgment under
17 Rule 58(d).
18     At this point, the Court has resolved all issues raised in this litigation, and appellate
19 review, should it be sought by either party, is appropriate. Defendants therefore respectfully
20 move the Court to direct the clerk of court to enter judgment pursuant to Rule 58(a).

21 _____

22 [1]/    The Court issued an amended Opinion and Order of the Parties' Cross-Motions for Summary
   Judgment on October 11, 2006. [Docket No. 207].
23

24 [2]/    On January 19, 2007 Plaintiffs moved to clarify one aspect of the Court's injunction.
   [Docket 228]. The pendency of that motion does not alter the propriety of Defendants' request for
25 entry of judgment. Under Rule 62(c) of the Federal Rule Civil Procedure this Court retains
   jurisdiction to modify or enforce its injunction during the pendency of an appeal so long as it does
26 not "materially alter the status of the case on appeal." NRDC v. Southwest Marine, Inc., 242 F.3d
   1163, 1166 (9th Cir. 2001) (citations omitted). The clarification sought by Plaintiffs, if granted
27 would not materially alter the status of the case on appeal.

28

Motion to Enter Judgment
Case Nos. 05-3508-EDL and 05-04038-EDL                                                          Page 2

Respectfully Submitted,

Dated: January 26, 2007

RYAN NELSON
Acting Assistant Attorney General

  /s/ Barclay T. Samford
BARCLAY T. SAMFORD (NMBN 12323)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
1961 Stout Street
Denver, CO 80294
Tel: (303) 844-1475
Fax: (303) 844-1350

On behalf of Defendants