IN THE U.S. DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, <u>et al.</u>,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE, <u>et al.</u><br><br>　　　　　　　　　　　　　　Defendants.<br>THE WILDERNESS SOCIETY, <u>et al.</u>,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES FOREST SERVICE, <u>et al.</u>,<br><br>　　　　　　　　　　　　　　Defendants | Case No. 05-03508-EDL<br>Consolidated with<br><br><br><br><br><br><br><br>Case No. 05-04038-EDL<br><br><br><br>[proposed] **ORDER GRANTING MOTION TO ENTER JUDGMENT** |

　　　FOR GOOD CAUSE SHOWN, Defendants' motion for entry of judgment is GRANTED.

The Clerk of Court is directed to enter judgement in the above captioned matter pursuant to Rule 58(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: _____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge