KRISTEN L. BOYLES (CSB #158450)     THE HONORABLE ELIZABETH D. LAPORTE
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org

TIMOTHY J. PRESO (MSB #5255)
Earthjustice
209 South Willson Avenue
Bozeman, MT 59715
(406) 586-9699
(406) 586-9695 *[FAX]*
tpreso@earthjustice.org

THOMAS S. WALDO (ASB #9007047)
Earthjustice
325 Fourth Street
Juneau, AK 99801-1145
(907) 586-2751
(907) 463-5891*[FAX]*
twaldo@earthjustice.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATED REQUEST FOR ORDER ENLARGING
TIME WITHIN WHICH TO FILE MOTION FOR
ATTORNEYS' FEES AND [~~PROPOSED~~] ORDER
Case Nos. 05-03508-EDL and 05-04038-EDL   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al., ) <br> ) <br>  Plaintiffs, ) <br> ) <br>  v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, et al., ) <br> ) <br>  Defendants. ) <br>_____) <br> THE WILDERNESS SOCIETY, et al., ) <br> ) <br>  Plaintiffs, ) <br> ) <br>  v. ) <br> ) <br> UNITED STATES FOREST SERVICE, et al., ) <br> ) <br>  Defendants. ) <br>_____) | Case No. 05-03508-EDL <br> consolidated with <br><br><br><br><br><br><br><br><br><br> Civ. No. 05-04038-EDL <br><br><br> STIPULATED REQUEST FOR ORDER <br> ENLARGING TIME WITHIN WHICH TO <br> FILE MOTION FOR ATTORNEYS' FEES <br> AND [~~PROPOSED~~] ORDER <br>  AS MODIFIED |

Pursuant to Civil L.R. 6-2 and Civil L.R. 54-6(a), plaintiffs The Wilderness Society, *et. al.,* and defendants U.S. Forest Service, *et al.*, through their respective undersigned counsel, hereby stipulate and request the Court to enlarge the time within which plaintiffs may file a motion for an award of costs and attorneys' fees until May ~~5~~ 8, 2007:

1. On September 20, 2006, this Court issued an Opinion and Order in this case granting plaintiffs' motion for summary judgment and denying defendants' cross-motion for summary judgment. On February 6, 2007, the Court entered judgment for plaintiffs.

2. "Unless otherwise ordered by the Court after a stipulation to enlarge time under Civil L.R. 6-2," Civil Local Rule 54-6(a) provides that a motion for an award of attorney's fees must be filed within 14 days after entry of judgment – in this case, on or before February 20, 2007.

3. The parties seek an extension of this deadline until 30 days after the deadline for

STIPULATED REQUEST FOR ORDER ENLARGING
TIME WITHIN WHICH TO FILE MOTION FOR
ATTORNEYS' FEES AND [~~PROPOSED~~] ORDER
Case Nos. 05-03508-EDL and 05-04038-EDL   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  the federal defendants to file a notice of appeal in this action.  Pursuant to Federal Rule of
2  Appellate Procedure 4(a)(1)(B), the federal defendants have 60 days from the date of this Court's
3  judgment to file a notice of appeal, or until April 9, 2007.  Accordingly, the parties request an
4  enlargement of the time within which plaintiffs may file a motion for an award of costs and
5  attorneys' fees until May 5, 2007.

6        4.    The parties seek the requested extension to allow time for the case to proceed to a
7  judgment that is not appealable for purposes of plaintiffs' claim for costs and fees under the
8  Equal Access to Justice Act, <u>see</u> 28 U.S.C. § 2412(d)(2)(G), and to allow time for the parties to
9  attempt to negotiate to settle plaintiffs' claim for costs and fees.

10        5.    No prior enlargement of time in this matter has been requested or granted.  The
11  requested enlargement of time would have no effect on the schedule for the case, since the merits
12  of the case have been decided and judgment has been entered.

**DECLARATIONS**

14  Undersigned counsel hereby declare under penalty of perjury that the above statements
15  are true and correct.

16  Presented by:

18  /s/ Kristen L. Boyles_____
KRISTEN L. BOYLES (CSB #158450)
19  Earthjustice
705 Second Avenue, Suite 203
20  Seattle, WA  98104-1711
(206) 343-7340
21  (206) 343-1526 *[FAX]*
kboyles@earthjustice.org

23  TIMOTHY J. PRESO (MSB #5255)
Earthjustice
24  209 South Willson Avenue
Bozeman, MT  59715
25  (406) 586-9699
(406) 586-9695 *[FAX]*
26  tpreso@earthjustice.org

28  STIPULATED REQUEST FOR ORDER ENLARGING
TIME WITHIN WHICH TO FILE MOTION FOR
ATTORNEYS' FEES AND [PROPOSED] ORDER
Case Nos. 05-03508-EDL and 05-04038-EDL    -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

```
 1  THOMAS S. WALDO (ASB #9007047)
    Earthjustice
 2  325 Fourth Street
    Juneau, AK  99801-1145
 3  (907) 586-2751
    (907) 463-5891 [FAX]
 4  twaldo@earthjustice.org

 5
    Attorneys for Plaintiffs The Wilderness
 6  Society, et al.

 7  GREGORY C. LOARIE (CSB #215859)
    Earthjustice
 8  426 Seventeenth Street, 5th Floor
    Oakland, CA  94612
 9  (510) 550-6725
    (510) 550-6749 [FAX]
10  gloarie@earthjustice.org

11
    Local Counsel for Plaintiffs The Wilderness
12  Society, et al.

13

14  SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
15  Environment and Natural Resources Division

16

17  /s/ Kristen L. Boyles for *
    BARCLAY T. SAMFORD (NMB #12323)
18  Trial Attorney
    U.S. Department of Justice
19  Environment & Natural Resources Division
    Natural Resources Section
20  1961 Stout Street, 8th Floor
    Denver, CO  80294
21  (303) 844-1475
    (303) 844-1350 [FAX]
22  clay.samford@usdoj.gov

23
    Attorneys for Federal Defendants
24
25  *per telephone authorization

26

27
    STIPULATED REQUEST FOR ORDER ENLARGING
28  TIME WITHIN WHICH TO FILE MOTION FOR
    ATTORNEYS' FEES AND [PROPOSED] ORDER
    Case Nos. 05-03508-EDL and 05-04038-EDL    -4-
```

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

ORDER

1  Plaintiffs shall file their motion for attorneys' fees no later than May 8, 2007.

2  IT IS SO ORDERED.

3  Entered on this ___13th___ day of February, 2007.

_____
Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

STIPULATED REQUEST FOR ORDER ENLARGING
TIME WITHIN WHICH TO FILE MOTION FOR
ATTORNEYS' FEES AND [~~PROPOSED~~] ORDER
Case Nos. 05-03508-EDL and 05-04038-EDL   -5-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*