| | |
|---|---|
| KRISTEN L. BOYLES (CSB #158450) | THE HONORABLE ELIZABETH D. LAPORTE |

Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
(206) 343-7340 | Phone
(206) 343-1526 | Fax
kboyles@earthjustice.org

TIMOTHY J. PRESO (MSB #5255)
Earthjustice
209 South Willson Avenue
Bozeman, MT 59715
(406) 586-9699 | Phone
(406) 586-9695 | Fax
tpreso@earthjustice.org

THOMAS S. WALDO (ASB #9007047)
Earthjustice
325 Fourth Street
Juneau, AK 99801-1145
(907) 586-2751 | Phone
(907) 463-5891 | Fax
twaldo@earthjustice.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612
(510) 550-6725 | Phone
(510) 550-6749 | Fax
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

ORDER GRANTING STIPULATION TO STAY BRIEFING AND SUBMISSION OF ADDITIONAL MATERIALS RE APPLICATION FOR ATTORNEYS' FEES AND EXPENSES [PROPOSED] Case Nos. 05-03508-EDL and 05-04038-EDL

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 05-03508-EDL <br> consolidated with |
| THE WILDERNESS SOCIETY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Civ. No. 05-04038-EDL <br><br> ORDER GRANTING STIPULATION TO STAY BRIEFING AND SUBMISSION OF ADDITIONAL MATERIALS RE APPLICATION FOR ATTORNEYS' FEES AND EXPENSES [~~PROPOSED~~] |

Pursuant to Local Rules 6-2, 7-11, and 7-12, plaintiffs The Wilderness Society et al. ("TWS") and federal defendants have jointly stipulated and requested that the Court stay briefing and submission of additional materials supporting or contesting plaintiffs' application for attorneys' fees and costs in this action. TWS has filed a petition under the Endangered Species Act, 16 U.S.C. § 1540(g)(4), and the Equal Access to Justice Act, 28 U.S.C. § 2412, in satisfaction of the statutory deadlines. However, because the parties are in negotiations to resolve this matter, TWS and federal defendants do not want additional fees and costs to be incurred unnecessarily. Accordingly, briefing and submission of additional materials supporting or contesting plaintiffs' application for attorneys' fees and costs is stayed until February 1, 2010. At that time, plaintiffs and federal defendants will either jointly propose a briefing schedule for the filing of memoranda and other materials relating to plaintiffs' application or apprise the Court of the status of their efforts to

ORDER GRANTING STIPULATION TO STAY BRIEFING
AND SUBMISSION OF ADDITIONAL MATERIALS RE
APPLICATION FOR ATTORNEYS' FEES AND EXPENSES
[PROPOSED] Case Nos. 05-03508-EDL and 05-04038-EDL   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

resolve plaintiffs' claim.

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

     DATED this __16__ day of __December__, 20_09_.

_/s/ Elizabeth D. Laporte_
_____
UNITED STATES ~~DISTRICT~~ JUDGE
              MAGISTRATE

Presented by:


/s/ Kristen L. Boyles
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org

TIMOTHY J. PRESO (MSB #5255)
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699
(406) 586-9695 *[FAX]*
tpreso@earthjustice.org

*Attorneys for Plaintiffs The Wilderness Society, California Wilderness Coalition, Forests Forever Foundation, Northcoast Environmental Center, Oregon Natural Resources Council Fund, Sitka Conservation Society, Siskiyou Regional Education Project, Biodiversity Conservation Alliance, Sierra Club, National Audubon Society, Greater Yellowstone Coalition, Center for Biological Diversity, Environmental Protection Information Center, Klamath-Siskiyou Wildlands Center, Defenders of Wildlife, Pacific Rivers Council, Idaho Conservation League, Humane Society of the United States, Conservation NW, and Greenpeace*

ORDER GRANTING STIPULATION TO STAY BRIEFING AND SUBMISSION OF ADDITIONAL MATERIALS RE APPLICATION FOR ATTORNEYS' FEES AND EXPENSES [PROPOSED]  Case Nos. 05-03508-EDL and 05-04038-EDL   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

| | |
|---|---|
| 1 | GREGORY C. LOARIE (CSB #215859) |
| | Earthjustice |
| 2 | 426 Seventeenth Street, 5th Floor |
| | Oakland, CA  94612 |
| 3 | (510) 550-6725 | Phone |
| | (510) 550-6749 | Fax |
| 4 | gloarie@earthjustice.org |
| 5 | *Local Counsel for Plaintiffs* |
| 6 | |
| 7 | IGNACIA S. MORENO |
| | Assistant Attorney General |
| 8 | Environment and Natural Resources Division |
| 9 | |
| 10 | /s/  Kristen L. Boyles for * |
| 11 | BARCLAY T. SAMFORD (NMB #12323) |
| | Trial Attorney |
| 12 | U.S. Department of Justice |
| | Environment & Natural Resources Division |
| 13 | Natural Resources Section |
| 14 | 1961 Stout Street, 8th Floor |
| | Denver, CO  80294 |
| 15 | (303) 844-1475 | Phone |
| | (303) 844-1350 | Fax |
| 16 | clay.samford@usdoj.gov |
| 17 | *Attorney for Federal Defendants* |
| 18 | * per email authorization |

ORDER GRANTING STIPULATION TO STAY BRIEFING AND SUBMISSION OF ADDITIONAL MATERIALS RE APPLICATION FOR ATTORNEYS' FEES AND EXPENSES [PROPOSED]  Case Nos. 05-03508-EDL and 05-04038-EDL   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*