IGNACIA S. MORENO
Assistant Attorney General

BARCLAY T. SAMFORD (NM SBN 12323)
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone:   (303) 844-1475
Facsimile:   (303) 844-1350
Clay.Samford@usdoj.gov

BEVERLY F. LI (WABN 33267)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 353-9213
Facsimile: (202) 305-0274

IN THE U.S. DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 05-03508-EDL <br> Consolidated with |
| THE WILDERNESS SOCIETY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants | Case No. 05-04038-EDL <br><br> **STIPULATION ON ATTORNEYS' FEES AND COSTS; [P~~ROPOSED~~] ORDER** |

---
Stipulation on Attorneys Fees and Costs; [Proposed] Order
Case Nos. 05-3508-EDL and 05-04038-EDL

1  Plaintiffs and Federal Defendants in <u>The Wilderness Society et al. v. United States Forest
2  Service</u>, Case No. 05-04038-EDL, by their undersigned attorneys, hereby stipulate as follows:

3      1.  Federal Defendants agree to settle the claim for costs and attorneys' fees of
4  Plaintiffs (filed December 15, 2009) for five hundred thousand dollars ($500,000.00), of which
5  $275,000.00 shall come from the Judgment Fund, pursuant to 16 U.S.C. § 1540(g)(4), and
6  $225,000.00 shall come from the United States Forest Service, pursuant to 28 U.S.C. § 2412(d).

7      2.  Payment, as identified in Paragraph 1 above, shall be accomplished by electronic
8  fund transfer(s) into the Client Trust Account of plaintiffs' attorneys, Earthjustice.  Undersigned
9  counsel for Plaintiffs shall provide the appropriate account number and any other information
10 needed to make payment to the undersigned counsel for Defendants.  Defendants shall submit
11 the necessary paperwork for payment to the Department of the Treasury's Judgment Fund Office
12 pursuant to 16 U.S.C. § 1540(g)(4) and to appropriate Forest Service authorities within twenty
13 (20) business days after this stipulation is entered by the Court or Plaintiffs provide the
14 information required to facilitate the payment, whichever is later.  Plaintiffs' attorneys shall
15 notify the Defendants' attorneys when payment is received.

16     3.  Plaintiffs agree to accept payment of $500,000.00 in full satisfaction of any and
17 all claims for attorneys' fees and costs in the above-captioned litigation.

18     4.  Plaintiffs' attorneys are receiving funds in trust for Plaintiffs, and Plaintiffs agree
19 to this procedure.  Plaintiffs and their attorneys agree to hold harmless Defendants in any
20 litigation, further suit, or claim arising from the payment of the agreed-upon $500,000.00
21 settlement amount pursuant to Paragraph 2.

22     5.  This Stipulation is the result of compromise and settlement, and it is based on and
23 limited solely to the facts involved in this case.  This stipulation does not represent an admission
24 by any party to any fact, claim, or defense concerning any issue in this case.  Further, this
25 Stipulation has no precedential value and shall not be used as evidence by either Federal
26 Defendants or Plaintiffs in any other litigation except as necessary to enforce the terms of the

stipulation. Nothing in this Stipulation shall be interpreted as, or shall constitute, a requirement that Defendants are obligated to pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

6. The undersigned representatives of Plaintiffs and Federal Defendants certify that they are fully authorized by the respective Parties whom they represent to enter into the terms and conditions of this Stipulated Agreement and to legally bind such Parties to it.

7. Nothing in the terms of this Stipulation shall be construed to limit or deny the power of a federal official to promulgate or amend regulations.

8. This Stipulation represents the entirety of the undersigned Parties' commitments with regard to settlement. The terms of this agreement shall become effective upon approval by the Court of this Stipulation.

IT IS HEREBY AGREED.

Dated: January 29, 2010

IGNACIA S. MORENO
Attorney General

 /s/ Barclay T. Samford
BARCLAY T. SAMFORD (NMBN 12323)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
1961 Stout Street
Denver, CO 80294
Tel: (303) 844-1475
Fax: (303) 844-1350
clay.samford@usdoj.gov

On behalf of Federal Defendants

 /s/ Kristen L. Boyles
KRISTEN L. BOYLES
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
(206) 343-7340 | Phone
(206) 343-1526 | Fax
kboyles@earthjustice.org

Stipulation on Attorneys Fees and Costs; [Proposed] Order
Case Nos. 05-3508-EDL and 05-04038-EDL                    Page 2

| | |
|---|---|
| 1 | On behalf of Plaintiffs |

IT IS SO ORDERED.

Entered on this __1__ day of February, 2010.

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

---
Stipulation on Attorneys Fees and Costs; [Proposed] Order
Case Nos. 05-3508-EDL and 05-04038-EDL                                Page 3